UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-cv-80999-DMM

HOWARD COHAN,

    Plaintiff,

vs.

GUANABANAS RESTAURANT, INC.,
a Florida Profit Corporation,
d/b/a GUANABANAS RESTAURANT

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, GUANABANAS RESTAURANT, INC., a Florida Profit Corporation, d/b/a GUANABANAS RESTAURANT, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within ten (10) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED August 23, 2021.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

**By: /s/ Nolan Klein**
Nolan Klein, Esq.
Florida Bar No. 647977
klein@nklegal.com
amy@nklegal.com
LAW OFFICES OF NOLAN KLEIN, P.A.
*Attorneys for Defendant*
633 S. Andrews Ave., Ste. 500
Fort Lauderdale, FL 33301
PH: (954) 745-0588

1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    **/s/ Gregory S. Sconzo**
                                                    **Gregory S. Sconzo, Esq.**